# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| JAMES JENKINS | : | Mag. No. 05-1072 (AMD) |

       I, Joseph Furey, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about June 6, 2005, in Cumberland County, in the District of New Jersey and elsewhere, the defendant JAMES JENKINS did :

SEE ATTACHMENT A

in violation of Title 18, United States Code, Sections 1791(a)(2) and b(3) and 2.

       I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Joseph Furey, Special Agent<br>
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 21, 2005 at Camden, New Jersey

HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____

MATTHEW J. SKAHILL, AUSA

Date: __7/21/05__

## Attachment A

On or about June 6, 2005, in Cumberland County, in the District of New Jersey and elsewhere, defendant

James Jenkins,

while being an inmate at the Fairton Correctional Institution (FCI Fairton), knowingly and willfully possessed a prohibited object, that is, marijuana,

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3) and 2.

**ATTACHMENT B**

I, Joseph Furey, a Special Agent with the Federal Bureau of Investigation, having conducted an investigation and having discussed this matter with other law enforcement officers and having reviewed documents, have knowledge of the following facts:

1. On or about June 6, 2005, defendant James Jenkins was an inmate at Fairton Federal Correctional Institution (FCI Fairton).

2. On or about June 6, 2005, Corrections Officers at FCI Fairton received information that defendant James Jenkins was currently in possession of marijuana. Officers responded by locating defendant James Jenkins in the Facilities Department of the prison, where he was working.

3. Upon locating defendant James Jenkins, at approximately 9:10 a.m., Corrections Officers escorted him from his work site in the Facilities Department to the Lieutenant's Office. Officers ordered defendant James Jenkins to empty his pockets and the officers then brought defendant James Jenkins into the backroom of the Lieutenant's Office to conduct a visual search.

4. During the course of this search, Corrections Officers told defendant James Jenkins to remove his shirt, which was closely inspected. The visual search revealed seven small clear packages containing a green leafy substance and concealed by a piece of toilet paper, in the front shirt pocket.

5. The packages recovered from defendant James Jenkins field tested positive for marijuana.

6. On or about June 21, 2005, the defendant, after being advised of his <u>Miranda</u> rights, gave a written statement and confessed to possessing seven bags of marijuana on June 6, 2005 for his personal use.