2005R00263/mjs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. _05- 652-01 (FLW)_ |
| | : | |
| v. | : | 18 U.S.C. §§ 1791(a)(2), (b)(3) and 2 |
| | : | |
| JAMES JENKINS | : | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about June 6, 2005, in Cumberland County, in the District of New Jersey and elsewhere, defendant

JAMES JENKINS,

while being an inmate at the Fairton Correctional Institution, did knowingly and willfully possess and obtain a prohibited object, as defined in Title 18, United States Code, Section 1791(d)(1)(B), namely, marijuana.

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3) and 2.


CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: <u>2005R00759</u>

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JAMES JENKINS

# INFORMATION FOR

Title 18 United States Code
Sections 1791(a)(2), (b)(3) and 2

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY NEWARK, NEW JERSEY*

MATTHEW J. SKAHILL
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856-968-4929*